**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: April 11, 2014
Docket #: 13-2952cv
Short Title: Peterson v. Islamic Republic of Iran

DC Docket #: 10-cv-4518
DC Court: SDNY (NEW YORK CITY) DC Docket #: 10-cv-4518
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

### NOTICE OF HEARING DATE

**Argument Date/Time:**   Monday, May 19, 2014 at 11:00 a.m.
**Location:**   Richard C. Lee, U.S. Courthouse

**141 Church Street, New Haven, CT, 06510**

**Time Allotment:**   10 minutes per side.

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.
------------------------------------------------------------------------------------------------------------
**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument:       LCO GU'N0DGTP CTF
Firm Name (if applicable):       UVTQQEM'(  'UVTQQEM'(  'NCXCP 'NNR
Current Telephone Number:       4340 2807 8: 6

The above named attorney represents:
( ) Appellant/Petitioner     ( 'Z'") Appellee-Respondent ( )     Intervenor

Date:       Cr tkn'46.'4236       Signature:       u'I'Lco gu'N0Dgtpctf

Lco gu'N0Dgtpctf 'tgugtxgu'y q'qh'yj g'Cr r gmgg)u'\gp'o kpwgu'qh'cti wo gpv0