

White & Case LLP　　　　　　　　Tel  + 1 212 819 8200
1155 Avenue of the Americas　　　Fax + 1 212 354 8113
New York, New York 10036-2787　　whitecase.com

Direct Dial + 212-819-7004　　pashman@whitecase.com

May 19, 2014

Clerk of the Court
United States Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Attn: ~~Armando Gonzalez~~ Victor Conde

Re:　Dunningan v. Bank Markazi
No. 13-2952 and 13-3133

Dear Mr. Gonzalez:

I would like to request a CD of Oral Argument held on May 19, 2014 in the above referenced case.

Enclosed is a $30 money order processing fee.

Any questions, please contact me at (212) 819-7004. Thank you.

Best regards,

Patricia Ashman

PA:pa