# Fay Kaplan Law, P.A.

777 Sixth Street, N.W. #410          235 West Patrick Street
Washington, D.C. 20001               Frederick, Maryland 21701

Telephone: 202-589-1300
Facsimile: 202-216- 0298

May 20, 2014

*Via Regular Mail*

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**RE: Oral Argument Disc Request Case No. 13-2952-cv and 13-3133-cv; Claudine Dunningan, et al. v. Bank Markazi, The Central Bank of Iran**

Dear Clerk of the 2nd Circuit Court of Appeals:

    I hope this finds you well. As counsel for the appellees in the aforementioned action and request an Oral Argument Disc for the oral argument regarding the argument heard in New Haven, CT on May 19, 2014. The case number is 13-2952-cv and 13-3133-cv. It is docketed by the 2nd Circuit as Claudine Dunningan, et al. v. Bank Markazi, The Central Bank of Iran. In the district level this case has been known as Peterson et al., v The Islamic Republic of Iran, et al. and currently before the Honorable Judge Katherine Forrest with the docket number of 10-4518-cv.

    I am enclosing a check for $30 for the costs and transmission of the oral argument disc. Please contact my associate attorney Cole Dowden at cole.dowden@faykaplanlaw.com or 202-618-6548 (direct) if you have any further needs regarding this request.

Very Truly Yours,

Thomas Fortune Fay, Esq.

Cc:

Liviu Vogel
Salon Marrow Dyckman Newman & Broudy LLP
292 Madison Avenue
New York, NY 10017

Jim Bonner
Stone Bonner & Rocco, LLP
447 Springfield Avenue, 2nd Floor
Summit, NJ 07901

AO 182

ORIGINAL

220009

RECEIPT FOR PAYMENT
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
NYC, NY
OFFICE OF THE CLERK

RECEIVED FROM Fay Kaplan Law P.A.
777 6TH Street NW Suite 410
Washington, DC 20001

13-2952
CASE REFERENCE
13-3133

05-27-2014(TUE) 16:27
MC#01                030580
                     CT 1

| Code | Description | | |
|---|---|---|---|
| *086900 | Docketing Fees | | |
| 086400 | Docketing Fees (Special Fund) | | |
| 322340 | Publications/Opinions | 1 JUDICIAL FEE 510 | $15.00 |
| 322350 | Copy Fees | 1 COPIES 350 | $15.00 |
| 322360 | Misc. (Certifications, etc.) | TL | $30.00 |
| 510000 | Judiciary Fee | CHECK | $30.00 |
| 6855AP | New Local Fee | | |

CD of oral argument

All checks, money orders, drafts, etc accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which it was drawn.

Deputy Clerk  SY